

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Eric Charles Whitaker, Jr.,          * From the 104th District Court
                                            of Taylor County,
                                            Trial Court No. 23158-B.

Vs. No. 11-22-00083-CR           * May 5, 2022

The State of Texas,                   * Per Curiam Memorandum Opinion
                                            (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.